# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DARRELL JEROME JACKSON,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:24-cr-00026-TES-CHW-1** |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

Before the Court is Defendant Darrell Jerome Jackon's Unopposed Motion for Continuance in the Interest of Justice [Doc. 34]. The Grand Jury returned a five-count Indictment [Doc. 1] on August 14, 2024, charging Defendant Jackson with four drug-related crimes. Defendant was arrested on October 7, 2024, pled "not guilty" at his arraignment the next day, and was detained pending trial. [Doc. 27]; [Doc. 32]. On October 9, 2024, the Court issued a Notice scheduling the Pretrial Conference for October 24, 2024. [Doc. 33].

The same day, Defendant filed this Motion seeking a continuance. [Doc. 34]. In support, Defendant states that additional time is needed to receive and review discovery from the Government, complete any necessary investigations, and prepare for trial. [*Id.* at p. 2]. Defendant also represents that "the Government does not oppose" this Motion. [*Id.* at p. 3].

The Court finds that granting Defendant's request serves the ends of justice. The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny Defendant's counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's Motion [Doc. 34] and **CONTINUES** the Pretrial Conference until December 10, 2024, and the trial of this matter until January 27, 2025. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 9th day of October, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**